**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7412**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTOINE BAPTISTE,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury.  William L. Osteen, District Judge.  (CR-97-114, CA-99-498-1)

───────────

Submitted:  November 30, 2000      Decided:  December 11, 2000

───────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Antoine Baptiste, Appellant Pro Se.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antoine Baptiste seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his motion for reconsideration.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Baptiste, Nos. CR-97-114; CA-99-498-1 (M.D.N.C. Aug. 10 & Sept. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2